# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TYISHIA GOLDSBERRY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:23-CV-00993-ALM-AGD |
| v. | § | |
| | § | |
| BARRINGTON BANK & TRUST CO., NA, ET AL., | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 10, 2025, the Magistrate Judge entered a Report (Dkt. #33) recommending that Defendant Experian's Motion to Compel Arbitration (Dkt. #13) be granted, that the case be stayed as to Plaintiff Goldsberry and Defendant Experian, and that these Parties be ordered to engage in arbitration, that Defendant Barrington's Motion to Join Defendant Experian's Motion to Compel Arbitration (Dkt. #19) be denied, and that Defendant Experian's Opposed Motion for a Stay of Discovery Pending Resolution of Motion to Compel Arbitration, or in the Alternative, for a Protective Order (Dkt. #18) be denied as moot. No Party filed objections to the Report.

Accordingly, having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Experian's Motion to Compel Arbitration (Dkt. #13) is **GRANTED**. It is further **ORDERED** that this case is **STAYED** as to Goldsberry and Experian. It is further **ORDERED** that Goldsberry and Experian shall participate in arbitration. It is further **ORDERED** that Barrington's Motion to Join Experian's Motion to Compel Arbitration (Dkt. #19) is **DENIED**. It is finally **ORDERED** that Experian's Opposed Motion for a Stay of Discovery Pending Resolution of Motion to Compel Arbitration, or in the Alternative, for a Protective Order (Dkt. #18) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

    SIGNED this 4th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE